AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
MAR - 9 2026
CENTRAL DISTRICT OF CALIFORNIA
BY jjt DEPUTY

Fee Paid

JOSE IVAN PORTILLO

*Petitioner*

v.

ACTING WARDEN
METROPOLITAN DETENTION CENTER
LOS ANGELES (MDC - LOS ANGELES)

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 2:26-cv-2691-DMG-RAO
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: JOSE IVAN PORTILLO
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: MDC - LOS ANGELES
   (b) Address: PO BOX 531500
   LOS ANGELES, CA 90053
   (c) Your identification number: 24567-111
3. Are you currently being held on orders by:
   ☑ Federal authorities ☐ State authorities ☐ Other - explain:
   FEDERAL BUREAU OF PRISONS
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: US DISTRICT COURT NORTHERN DISTRICT CA
   1301 CLAY STREET OAKLAND, CALIFORNIA 94612
   (b) Docket number of criminal case: CR-17-0054-002 PJH
   (c) Date of sentencing: 12/12/2018
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

❒ Pretrial detention
❒ Immigration detention
❒ Detainer
❒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
❒ Disciplinary proceedings
❒ Other *(explain)*: ______

6. Provide more information about the decision or action you are challenging:
(a) Name and location of the agency or court: ______
(b) Docket number, case number, or opinion number: ______
(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: ______
(d) Date of the decision or action: ______

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
Did you appeal the decision, file a grievance, or seek an administrative remedy?
❒ Yes ❒ No
(a) If "Yes," provide:
(1) Name of the authority, agency, or court: ______
(2) Date of filing: ______
(3) Docket number, case number, or opinion number: ______
(4) Result: ______
(5) Date of result: ______
(6) Issues raised: ______
(b) If you answered "No," explain why you did not appeal: ______

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
❒ Yes ❒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a second appeal: ______

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❒ Yes ❒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a third appeal: ______

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❒ Yes ❒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❒ Yes ❒ No

If "Yes," provide:

(1) Name of court: ______

(2) Case number: ______

(3) Date of filing: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❒ Yes ❒ No

If "Yes," provide:

(1) Name of court: ______

(2) Case number: ______

(3) Date of filing: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: ______

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

❒ Yes ❒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: ______

(b) Date of the removal or reinstatement order: ______

(c) Did you file an appeal with the Board of Immigration Appeals?

❒ Yes ❒ No

If "Yes," provide:

(1) Date of filing: ______

(2) Case number: ______

(3) Result: ______

(4) Date of result: ______

(5) Issues raised: ______

(d) Did you appeal the decision to the United States Court of Appeals?

❒ Yes ❒ No

If "Yes," provide:

(1) Name of court: ______

(2) Date of filing: ______

(3) Case number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

❒ Yes ❒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: ______

(b) Name of the authority, agency, or court: ______

(c) Date of filing: ______

(d) Docket number, case number, or opinion number: ______

(e) Result: ______

(f) Date of result: ______

(g) Issues raised: ______

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** BOP REFUSES TO APPLY TIME CREDITS TOWARDS PRE-RELEASE CUSTODY. BOP VIOLATES THE PLAIN LANGUAGE OF THE FIRST STEP ACT OF 2018. BOP ROUTINELY RESPONDS TO FSA DETAINER CHALLENGES WITH IDENTICAL BOILERPLATE LANGUAGE

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
CONGRESS MANDATED THAT EARNED TIME CREDITS "SHALL BE APPLIED" AND THAT BOP "SHALL TRANSFER ELIGIBLE PRISONERS." 18 U.S.C 3624(g)(1). WHEN CONGRESS USES "SHALL," IT CREATES MANDATORY DUTY.

(b) Did you present Ground One in all appeals that were available to you?
❒ Yes ❒ No

**GROUND TWO:** AN IMMIGRATION DETAINER IS NOT A FINAL ORDER OF REMOVAL. A DETAINER IS MERELY A NOTICE FROM AN IMMIGRATION OFFICER REQUESTING NOTIFICATION PRIOR TO RELEASE.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
IT IS NOT A JUDICIAL ORDER, IT IS NOT ISSUED BY AN IMMIGRATION JUDGE. IT DOES NOT SATISFY STATUTORY LANGUAGE REQUIRING A "FINAL ORDER OF REMOVAL." THE NINTH CIRCUIT REQUIRES STRICT ADHERENCE TO STATUTORY TEXT WHEN INTERPRETING THE FSA.

(b) Did you present Ground Two in all appeals that were available to you?
❒ Yes ❒ No

**GROUND THREE:** CHEVRON DEFERENCE NO LONGER APPLIES - COURTS MUST INTERPRET LAW, NOT THE BOP.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
THE BOP IS IMPROPERLY INTERPRETING "FONAL ORDER OF REMOVAL' TO EXCLUDE ELIGIBLE INMATE FROM FSA CREDITS. COURTS MUST NOW INDEPENDENTLY INTERPRET THE FIRST STEP ACT WITHOUT DEFERRING TO THE BOP'S MISAPPLICATION OF LAW.

(b) Did you present Ground Three in all appeals that were available to you?
❒ Yes ❒ No

**GROUND FOUR**: ARBITUARY AND CAPRICIOUS CONDUCT VIOLATES THE ADMINISTARTIVE ACT. (APA) FIFTH AMENDMENT DUE PROCESS AND EQUAL PROTECTION VIOLATIONS

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
THE BOP'S REFUSAL TO APPLY EARNED CREDITS IS ARBITUARY, CAPRICIOUS, AND NOT IN ACCORDANCE WITH LAW, IN VIOLATION OF 5 U.S.C 706(2)(A). EARNED TIME CREDITS REDUCE CONFINEMENT DURATION AND CREATE A LIBERTY INTEREST. DENIAL BASED ON AN UNADJUDICATED DETAINER DEPRIVES PETITIONER OF LIBERTY WITHOUT DUE PROCESS.

(b) Did you present Ground Four in all appeals that were available to you?
❒ Yes ❒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: PETITIONER RESPECTFULLY RESQUEST THIS HONORABLE COPURT TO GRANT PETITIONER'S TIME CREDITS AND AWARD TOWARDS PETITIONER RELEASE. IMMEDIATE RELEASE IF NECESSARY.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:
MARCH 2, 2026

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 03/02/2026

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

PRESS FIRMLY TO SEAL

FSC MIX Board FSC® C116916

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.
**See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH how2recycle.info

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$8.85
US POSTAGE

9405 5301 0935 5294 1457 05 0088 5000 0509 0012

U.S. POSTAGE PAID
Click-N-Ship®

03/03/2026
0 lb 5 oz

Mailed from 92173 478996826254351

PRIORITY MAIL®

LIBERTY PATH FOUNDATION
FIDEL GARIBAY
524 E SAN YSIDRO BLVD STE F2-101
SAN YSIDRO CA 92173-3198

Created 2026-03-02
Flat Rate Envelope
RDC 03
C058

002192

CENTRAL DISTRICT OF CALIFORNIA
CLERK, US DISTRICT COURT
STE 4311
350 W 1ST ST
LOS ANGELES CA 90012-4565

MAR - 9 2026
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

USPS TRACKING #

9405 5301 0935 5294 1457 05

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE